

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/8/2020
```

October 8, 2020

**BY ECF**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    <u>**United States v. Julio Cesar Prado, 20 Cr. 506 (VEC)**</u>

Dear Judge Caproni:

    The Court has informed the parties that it will schedule an arraignment in the above-captioned matter during the week of October 19, 2020. The Government respectfully requests that time be excluded under the Speedy Trial Act between today and the arraignment so that the defendant has an opportunity to review discovery that has been provided by the Government. *See* 18 U.S.C. § 3161(h)(7)(A). The Government consulted with defense counsel, who does not object to the exclusion of time.

                        Respectfully submitted,

                        AUDREY STRAUSS
                        Acting United States Attorney for the
                        Southern District of New York

              by:  /s/ Rebecca T. Dell
                  Rebecca T. Dell
                  Assistant United States Attorney
                  (212) 637-2198

cc: Jon Silveri, Esq.    Defendant's arraignment scheduled for October 9, 2020, is adjourned to **October 23, 2020, at 9:00 a.m.** The period between October 8, 2020 and October 23, 2020, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by accommodating logistical difficulties as a result of Defendant's ongoing quarantine due to the COVID-19 pandemic outweigh the interests of the public and the Defendant in a speedy trial.

SO ORDERED.

*[Signature: Valerie Caproni]*
10/8/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE