```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
   UNITED STATES OF AMERICA,

        -against-                               20-CR-506 (VEC)

   JULIO CESAR PRADO,                       <u>ORDER</u>

                             Defendant.
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 23, 2020, Defendant was arraigned and plead not guilty;

IT IS HEREBY ORDERED that jury selection and trial will begin in this case on **January 11, 2021**, in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY.

All pretrial motions are due **December 1, 2020**. Responses to any pretrial motions are due **December 15, 2020**. Replies in further support of pretrial motions are due **December 22, 2020**.

Requests to charge and proposed *voir dire* questions are due **December 22, 2020**.

The Court will schedule a Final Pretrial Conference for one day during the week of January 4, 2021.

IT IS FURTHER ORDERED that the period between October 23, 2020 and January 11, 2021, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). As stated on the record at the October 23, 2020 arraignment, the Court finds that the ends of justice served by accommodating logistical difficulties created by the COVID-19 pandemic outweigh the interests of the public and the Defendant in a speedy trial.

**SO ORDERED.**

**Dated: October 23, 2020**
**       New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**