USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,

    -against-                                                20-CR-506 (VEC)

JULIO CESAR PRADO,                        ORDER

                               Defendant.
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on December 21, 2020, the parties appeared before the Court for a change-of-plea hearing;

       WHEREAS at the December 21, 2020 hearing, Defendant pled guilty to the Indictment; and

       WHEREAS the Court accepted Defendant's guilty plea;

       IT IS HEREBY ORDERED that sentencing is scheduled for **April 1, 2021, at 11:00 a.m.** in Courtroom 443 of the Thurgood Marshall U.S. Courthouse. Sentencing submissions from both sides are due not later than **March 18, 2021**.

**SO ORDERED.**

**Dated: December 21, 2020**
      **New York, NY**

                                                              **VALERIE CAPRONI**
                                                          **United States District Judge**