**MEMO ENDORSED**

JON M. SILVERI ESQUIRE P.O. BOX 551
POUGHQUAG, N.Y. 12570
845-222-8393
JSILVERILAW@GMAIL.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/2021

March 17, 2021

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

RE: UNITED STATES OF AMERICA V JULIO CAESAR PRADO
 20-CR-506
 Submission for sentencing

Your Honor,

    Yesterday I attempted to file the attached request to extend my time to file a sentencing submission from March 18th, 2021 to March 22nd, 2021 due to a delay caused by me having medical issues.
    This morning Miss Day notified me that the electronic notification went through blank. I probably did something wrong.
    Miss Day has no objections to my request.
    I request that you grant my application and apologize for the necessity of having to put it through twice.

Respectfully yours,

*Jon M. Silveri, Esq.*
Jon M. Silveri, Esq

---

Application GRANTED. Defendant's sentencing submissions are due March 22, 2021.

SO ORDERED.

*[signature]*
3/18/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

JON M. SILVERI ESQUIRE
P.O. BOX 551
POUGHQUAG, N.Y. 12570
845-222-8393
JSILVERILAW@GMAIL.COM

March 16, 2021

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

RE: UNITED STATES OF AMERICA V JULIO CAESAR PRADO
20-CR-506
Submission for sentencing

Dear Judge Caproni,

    Sentencing submissions are due this Thursday the 18th. I would request that my time to file be extended to this coming Monday the 22nd. The last month I have had medical issues. The prosecutor Miss Day has no objections to my request.

Respectfully yours,

*Jon M. Silveri, Esquire*
Jon M. Silveri, Esq.