USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/21/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,                  :
                                           :
        -against-                          :          20-CR-506 (VEC)
                                           :
JULIO CESAR PRADO,                         :          ORDER
                                           :
                        Defendant.         :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 19, 2022, the Clerk of Court received Mr. Prado's motion to recover property pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure, *see* Dkt. 39;

IT IS HEREBY ORDERED that the Clerk of Court is respectfully directed to open a parallel civil case for Mr. Prado's Rule 41(g) motion. The document at 20-CR-506, Dkt. 39, should be docketed as Docket Entry 1 in the new civil case. The Clerk is further directed to mail a copy of this Order to Mr. Prado.

**SO ORDERED.**

**Dated: December 21, 2022**
**         New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**