**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  01/13/2023

January 4, 2023


CLERK, US DISTRICT COURT
DANIEL PATRICK MOYNIHAN FED COURTHOUSE
500 Pearl Street
New York, NY  10007


    Re: United States v Julio Ceasar Prado
        Dkt No: 20 cr 506 - 001
        USM No:  #32653-069


Dear Clerk:

Please find enclosed/attached for filing, a Motion Requsting
FSA sentence Credits, pursuant to 18 USC § 3582(c)(2), with
Exhibits and Certificate of Service.

As a professional courtesy, would you please provide me with a
copy of my docket/text sheet, as well as a copy of this filing,
[a]s I do not have access to a copier.  The copy requested, is
for my personal records.

Thanking you in advance, for your time and consideration in this
most important matter.  May you have a blessed and prosperous
New Year.  GOD Bless.

Sincerely,

/s/ _____
    JULIO CEASAR PRADO
    FCI Ray Brook
    PO Box 900
    Ray Brook, NY  12977-0900

Mr. Prado's motion at Dkt. 42 (the "Motion") is DENIED without prejudice for improper venue.

Although Mr. Prado brings the Motion pursuant to 18 U.S.C. § 3582(c)(2), the Court construes it as a habeas corpus petition under 28 U.S.C. § 2241 because a petitioner's challenge to the execution of his sentence, "including the loss of good time credits," is "properly brought via an application for a writ under § 2241." *Carmona v. BOP*, 43 F.3d 629, 632 (2d Cir. 2001). A habeas corpus petition that challenges "present physical confinement" must be brought in the district of confinement. *Lallave v. Martinez*, No. 22-CV-791 (NGG) (RLM), 2022 WL 2338896, at *3 (E.D.N.Y. June 29, 2022) (quoting *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004)). Because Mr. Prado is incarcerated at FCI Ray Brook, venue is proper in the Northern District of New York. *See Middleton v. Schult*, 299 F. App'x 94, 94 n.1 (2d Cir. 2008).

Mr. Prado is directed to send his motion to the Northern District of New York at John M. Domurad, Clerk U.S. District Court, Federal Building, P.O. Box 7367, 100 S. Clinton Street, Syracuse, New York 13261-7367.

The Clerk of Court is respectfully directed to close the open motion at Dkt. 42 and to mail a copy of this Order to Mr. Prado at FCI Ray Brook, P.O. Box 900, Ray Brook, NY 12977-0900.

SO ORDERED.

01/13/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE