USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/03/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIO PRADO, | 22-CV-10810 (VEC) |
| Petitioner, | 20-CR-0506 (VEC) |
| -against- | ORDER TO ANSWER, Fed. R. Crim. P. 41(g) |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

VALERIE CAPRONI, United States District Judge:

    Petitioner Julio Prado, who is currently incarcerated at FCI Ray Brook, brings this *pro se* motion, under Rule 41(g) of the Federal Rules of Criminal Procedure, seeking the return of his property. The Court, having concluded that the motion should not be summarily dismissed as being without merit, hereby ORDERS that:

    The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

    Not later than **Wednesday, April 5, 2023**, the U.S. Attorney's Office shall file an answer or other responsive pleading to the motion. Petitioner shall have **thirty days** from the date on which Petitioner is served with Respondent's response to file a response. Absent further order, the motion will be considered fully submitted as of that date.

    All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

SO ORDERED.

Dated:   February 3, 2023
           New York, New York

                                                                    _____
                                                                        VALERIE CAPRONI
                                                                     United States District Judge